FUGAZY & ROONEY LLP
Amanda M. Fugazy
afugazy@fugazyrooney.com
Sheryl L. Maltz
smaltz@fugazyrooney.com
437 Madison Avenue, 35th Floor
New York, NY 10022
(212) 346-0570 (telephone)
(484) 805-7022 (facsimile)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CHRISTOPHER BARRELLA,                                        Index No. 12-CV-0348 (ADS)(WDW)

                        Plaintiff,                 **NOTICE OF APPERANCE**

         -against-

VILLAGE OF FREEPORT and ANDREW
HARDWICK as both Mayor and in his
individual capacity,

                      Defendants.
---------------------------------------------------------X

      Please enter the appearance of the undersigned on behalf of the Plaintiff Christopher Barrella in the above captioned action.

Dated: May 28, 2013

                                                    Adam C. Weiss (AW-5752)
                                                    FUGAZY & ROONEY LLP
                                                    126 Glen Street
                                                    Glen Cove, NY 11542
                                                    (516) 723-2611